MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7017
  Fax:          (415) 436-7009
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST REPUBLIC BANK,<br><br>    Defendant. | No. CV 11-5325-JSC<br><br>STIPULATION TO ENLARGE TIME TO FILE ANSWER OR OTHERWISE DEFEND RELATED CASES AND ORDER THEREON |

It is hereby stipulated by and between plaintiff United States of America and defendant First Republic Bank, through their respective counsel, that the time in which defendant First Republic Bank, may file an answer or otherwise defend is enlarged to February 3, 2012.

                                                MELINDA HAAG
                                                United States Attorney

/s/ Mel Aranoff                      /s/ Thomas Moore
MEL ARANOFF, Esq.            THOMAS MOORE
HORGAN, ROSEN, BECKHAM &    Assistant United States Attorney
COREN, LLP                            Chief, Tax Division
Attorney for Defendant            Attorneys for Plaintiff

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 29, 2011                           /s/ Jacqueline S. Corley
                                                  JACQUELINE S. CORLEY
                                                  MAGISTRATE JUDGE