1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
     11th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
5    Telephone:  (415) 436-7017
     Fax:        (415) 436-7009
6  Attorneys for the United States of America

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10 |                                    )
   |                                    ) No. CV 11-5325-JSC
11 | UNITED STATES OF AMERICA,           )
   |                                    )
12 |       Plaintiff,                   ) STIPULATION TO ENLARGE TIME TO
   |                                    ) FILE ANSWER OR OTHERWISE DEFEND
13 |    v.                              ) RELATED CASES AND ORDER THEREON
   |                                    )
14 | FIRST REPUBLIC BANK,                )
   |                                    )
15 |       Defendant.                   )
   |_____)
16

17     It is hereby stipulated by and between plaintiff United States of America and

18 defendant First Republic Bank, through their respective counsel, that the time in which

19 defendant First Republic Bank, may file an answer or otherwise defend is enlarged to

20 February 3, 2012.

21                                           MELINDA HAAG
                                             United States Attorney
22

23 /s/ Mel Aranoff                          /s/ Thomas Moore
   MEL ARANOFF, Esq.                        THOMAS MOORE
24 HORGAN, ROSEN, BECKHAM &                 Assistant United States Attorney
   COREN, LLP                               Chief, Tax Division
25 Attorney for Defendant                   Attorneys for Plaintiff

26

27     PURSUANT TO STIPULATION, IT IS SO ORDERED.

28
   Dated: November 29, 2011               _____
                                          JACQUELINE S. CORLEY
                                          MAGISTRATE JUDGE